IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Derek Mario Williams, ) | Case No. 6:24-cv-01772-JDA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| Brayden Leopold, Greenville *County Sheriff's Department, in his individual capacity*, Harry McConnell, *Greenville County Sheriff's Department, in his individual capacity,* and Jacob Youngblood, *Greenville County Sheriff's Department, in his individual capacity*, ) ) ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge. [Doc. 43.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings.

Plaintiff's pro se Complaint was entered on the docket on April 10, 2024. [Doc. 1.] On October 7, 2024, Defendants filed a motion for summary judgment. [Doc. 35.] On April 18, 2025, the Magistrate Judge issued a Report recommending that the Defendants' motion for summary judgment be granted. [Doc. 43.] The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. [*Id.* at 12.] Instead of filing objections, Plaintiff filed a notice of appeal which was dismissed on November 24, 2025. [Docs. 47, 55.] The

Court directed Plaintiff to file any objections to the Report by December 11, 2025. [Doc. 56.] Plaintiff has filed no objections and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, the Defendants' motion for summary judgment [Doc. 35] is GRANTED.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin<br>United States District Judge

December 29, 2025
Greenville, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.